**Order entered February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00212-CR
No. 05-14-00213-CR

**JOE POLANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81063-2011, 401-80435-2012**

## ORDER

The Court **DENIES** appellant's February 12, 2015 motion to reconsider.


/s/     ROBERT M. FILLMORE
          JUSTICE